UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:12-CV-214-LRH-VPC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| $65,381.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| $7,900.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |

Before the court is the United States' Unopposed Motion to Sever Defendants (#20).[1]
Good cause appearing,

IT IS ORDERED that the United States' Unopposed Motion to Sever Defendants (#20) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall sever the defendants into two separate civil actions – at the Clerk's discretion, and transfer the docket entries of one of the defendant-assets formerly designated as 3:12-cv-214 to the new file and docket number while maintaining the other defendant-assets in the case presently docketed as 3:12-cv-214.

IT IS SO ORDERED.

DATED this 13th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.